IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHRISTOPHER WHEELER                                                  PLAINTIFF

Case No. 6:18-CV-6031

NANCY A. BERRYHILL,[1] Acting Commissioner,
Social Security Administration                                    DEFENDANT

## **JUDGMENT**

On April 10, 2018, Plaintiff commenced this action seeking judicial review of a decision of the Commissioner of Social Security denying his application for disability benefits under the provisions of the Social Security Act. (Doc. 1). On May 11, 2018, Plaintiff filed a motion requesting that her case be dismissed. (Doc. 10). Defendant has not filed an objection.

Based on the foregoing, the Court hereby grants Plaintiff's motion and dismisses Plaintiff's case with prejudice.

IT IS SO ORDERED this 30th day of May, 2018.

                                                                        /s/ *Erin L. Wiedemann*
                                                              HON. ERIN L. WIEDEMANN
                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill, has been appointed to serve as acting Commissioner of Social Security, and is substituted as Defendant, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.